*951 531 U. S. 1199;
534 U. S. 834;
534 U. S. 840;
534 U. S. 855;
534 U. S. 864;
534 U. S. 869;
534 U. S. 883;
534 U. S. 889;
*952 No. 01-296.
No. 01-489.
No. 01-647.
No. 01-890.
No. 01-5219.
No. 01-5321.
No. 01-5632.
No. 01-6246.
No. 01-6496.
No. 01-6558.
No. 01-6702.
No. 01-6837.
No. 01-6843.
No. 01-6982.
No. 01-6983.
No. 01-6984.
No. 01-7188.
No. 01-7290.
534 U. S. 954;
534 U. S. 1017;
534 U. S. 1081;
534 U. S. 1112;
534 U. S. 1104;
534 U. S. 916;
534 U. S. 960;
534 U. S. 980;
534 U. S. 1047;
534 U. S. 1048;
534 U. S. 1067;
534 U. S. 1087;
534 U. S. 1087;
534 U. S. 1092;
534 U. S. 1093;
534 U. S. 1093;
534 U. S. 1098; and
534 U. S. 1108. Petitions for rehearing denied.